UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA ALAN WEAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:19-cv-04356-JMS-MJD |
| | ) |
| MICHEALA GULLEDGE, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Final Judgment is now entered. Judgment is entered in favor of the defendant Micheala Gulledge and against the plaintiff Joshua Alan Weaver. The plaintiff shall take nothing by his complaint and this action is terminated.

Date: 1/28/2021

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

JOSHUA ALAN WEAVER
180866
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

William W. Barrett
WILLIAMS HEWITT BARRETT & WILKOWSKI LLP
wbarrett@wbwlawyers.com